STRYKER CORPORATION, Stryker Puerto Rico, Ltd., Stryker Sales Corporation, Plaintiffs–Appellees

v.

ZIMMER, INC., Zimmer Surgical, Inc., Defendants–Appellants

Zimmer Orthopaedic Surgical Products, Defendant.

No. 2013–1668.

United States Court of Appeals, Federal Circuit.

March 23, 2015.

Sharon Hwang, Deborah Laughton, Caroline Teichner, Attorney McAndrews, Held & Malloy, Ltd., Chicago, IL, for Plaintiffs–Appellees.

Donald Robert Dunner, Benjamin Thomas Sirolly, Kara F. Stoll, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, for Defendants–Appellants.

Before PROST, Chief Judge, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, Circuit Judges.

## ORDER

### ON PETITION FOR REHEARING EN BANC

PER CURIAM.

Appellees Stryker Corporation, Stryker Puerto Rico, Ltd., and Stryker Sales Corporation filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by appellants Zimmer, Inc. and Zimmer Surgical, Inc. Leave to file a reply was granted, and a reply was filed by the appellees. The petition was initially referred to the panel that heard the appeal. In a separate order issued today, the panel withdrew the opinion and replaced it with a revised opinion.

The petition, response, reply, and revised opinion were referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.

(2) The mandate of the court will issue March 30, 2015.